**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LESLIE C. MOORE,**

           **Plaintiff,**

-vs-                                         **Case No. 6:06-cv-689-Orl-31UAM**

**COMMISSIONER OF SOCIAL**
**SECURITY,**

           **Defendant.**

_____

**ORDER**

This cause came on for consideration without oral argument on the following motions:

| | |
|---|---|
| **MOTION:** | **MOTION FOR SUBSTITUTION OF PLAINTIFF (Doc. No. 18)** |
| **FILED:** | **April 18, 2007** |

| | |
|---|---|
| **MOTION:** | **AMENDED MOTION FOR SUBSTITUTION OF PLAINTIFF (Doc. No. 21)** |
| **FILED:** | **May 10, 2007** |

Plaintiff Leslie C. Moore appeals to the district court from a final decision of the Commissioner of Social Security ("Commissioner") denying his application for disability insurance benefits under the Federal Old Age, Survivors, and Disability Insurance Program ("OASDI"), 42 U.S.C. § 401, *et seq.*, as well as his application for supplemental security income benefits under the

Supplemental Security for the Aged, Blind, and Disabled Program ("SSI"), 42 U.S.C. § 1382, *et seq*. Doc. Nos. 1, 16. Both Moore and the Commissioner have filed briefs setting forth the basis for the affirmance or reversal of the final decision of the Commissioner. Doc. Nos. 16, 17.

Subsequent to filing his brief, Plaintiff Moore died on February 25, 2007, and is survived by one relative – Terry Moore, his brother and legal representative of his estate. Doc. No. 18-3 (Florida Certificate of Death); Doc. No. 21, ¶ 1. On April 18, 2007, counsel for Plaintiff Moore filed an unopposed motion to substitute his brother Terry Moore for Plaintiff pursuant to 20 C.F.R. § 404.503(b)(5). Doc. No. 18. Upon consideration of the motion to substitute, the Court noted that 20 C.F.R. § 404.503(b)(5) authorizes receipt of funds by the "child or children of the deceased," not by a brother, and ordered Moore to file supplemental authority for the motion. Doc. Nos. 19, 20.

Instead of filing supplemental authority for the motion, counsel for Moore filed an "Amended Motion In Lieu [sic] Supplemental Authority for the Motion for Substitution of Plaintiff." Doc. No. 21. In the amended motion, counsel asks the Court to substitute Terry Moore as Plaintiff pursuant to 20 C.F.R. §§ 404.053(b)(7), (d)(1) as the legal representative of the estate of Moore and "the only person who qualifies under Florida's 'small estate' statute to file for Summary Administration." Doc. No. 21, ¶ 2.

The Code of Federal Regulations provides that where a claimant dies before receiving payment of OASDI benefits, the "legal representative of the estate of the deceased individual" may receive the benefits due. 20 C.F.R. § 404.053(b)(7). The Regulations further provide that for SSI benefits, however, "[n]o benefits may be paid to the estate of any underpaid recipient, the estate of the surviving spouse, the estate of a parent, or to any survivor other than those listed in paragraph (b)(1) through (3)

of this section." 20 C.F.R. § 416.542(b)(4).  The survivors listed in paragraphs (b)(1) through (3) of this regulation are the claimant's surviving spouse or the parents of a disabled child.  20 C.F.R. § 416.542(b)(1)-(3).  There is no provision for payment of SSI benefits to a surviving brother.

Accordingly, Terry Moore does not have standing to appeal the Commissioner's decision to deny SSI benefits due to Plaintiff Moore – neither as Moore's brother nor as the legal representative of the estate.  Terry Moore, however, does have standing to appeal the Commissioner's decision to deny OASDI benefits as the legal representative of Moore's estate.

It is therefore **ORDERED**:

1. The motion for substitution of Plaintiff [Doc. No. 18] is **DENIED** as moot;

2. The amended motion for substitution of Plaintiff [Doc. No. 21] is **GRANTED** in part and **DENIED** in part;

3. "Terry Moore, legal representative of the estate of Leslie C. Moore" is substituted as Plaintiff as to the claim for OASDI benefits only, not the claim for SSI benefits;

4. The Clerk shall amend the caption to reflect the substitution.

**DONE** and **ORDERED** in Orlando, Florida on May 14, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties